B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Treasure Isles, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**37-0996452** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**407 North Broadway**<br>**Lexington, KY**<br>ZIP Code **40508-1301** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor    **Illinois**<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Treasure Isles, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                           Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Treasure Isles, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Laura Day DelCotto**
    Signature of Attorney for Debtor(s)

    **Laura Day DelCotto**
    Printed Name of Attorney for Debtor(s)

    **Wise DelCotto PLLC**
    Firm Name

    **200 North Upper Street**
    **Lexington, KY 40507**

_____
Address

    **(859) 231-5800  Fax: (859) 281-1179**
    Telephone Number

    **February  1, 2010**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frank D. Cain**
    Signature of Authorized Individual

    **Frank D. Cain**
    Printed Name of Authorized Individual

    **President**
    Title of Authorized Individual

    **February  1, 2010**
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Treasure Isles, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **LONG JOHN SILVER'S INC.-ADVERT ATTN:  DEBBIE LEONARD 1441 GARDINER LANE LOUISVILLE, KY 40213** | **LONG JOHN SILVER'S INC.-ADVERT ATTN:  DEBBIE LEONARD 1441 GARDINER LANE LOUISVILLE, KY 40213** | **trade debt** | **Subject to Setoff** | **764,576.61** |
| **LONG JOHN SILVER'S INC ATTN:  DEBBIE LEONARD 1441 GARDINER LANE LOUISVILLE, KY 40213** | **LONG JOHN SILVER'S INC ATTN:  DEBBIE LEONARD 1441 GARDINER LANE LOUISVILLE, KY 40213** | **trade debt** | **Subject to Setoff** | **495,517.77** |
| **MCLANE FOODSERVICE, INC. 7188 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0071** | **MCLANE FOODSERVICE, INC. 7188 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0071** | **food vendor** | | **104,622.19** |
| **EXELON ENERGY 21425 NERWORK PLACE CHICAGO, IL 60673-1214** | **EXELON ENERGY 21425 NERWORK PLACE CHICAGO, IL 60673-1214** | **util** | | **76,321.86** |
| **CASTLE HOLDINGS,LLC % US BANK CREIGHTON CASTLE 430 TURTLE BAY WAY SPRINGFIELD, IL 62711** | **CASTLE HOLDINGS,LLC % US BANK CREIGHTON CASTLE 430 TURTLE BAY WAY SPRINGFIELD, IL 62711** | **trade debt** | | **23,576.26** |
| **EICHENAUER SERVICES INC 2465 N 22ND ST DECATUR, IL 62526** | **EICHENAUER SERVICES INC 2465 N 22ND ST DECATUR, IL 62526** | **trade debt** | | **19,414.01** |
| **ECOLAB PEST ELIMINATION PO BOX 6007 GRAND FORKS, ND 58206-9982** | **ECOLAB PEST ELIMINATION PO BOX 6007 GRAND FORKS, ND 58206-9982** | **trade debt** | | **18,577.16** |
| **KIMBERLY FRANKS MATTHEWS 104 MOUNTAIN AVE BIRMINGHAM, AL 35213** | **KIMBERLY FRANKS MATTHEWS 104 MOUNTAIN AVE BIRMINGHAM, AL 35213** | **trade debt** | | **14,834.88** |
| **BRUCE A. TROUTMAN, WILLIAMSON 200 WEST JEFFERSON MARION, IL 62959** | **BRUCE A. TROUTMAN, WILLIAMSON 200 WEST JEFFERSON MARION, IL 62959** | | | **13,629.36** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Treasure Isles, Inc.**                                          Case No. _____

_____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| _Name of creditor and complete mailing address including zip code_ | _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | _Nature of claim (trade debt, bank loan, government contract, etc.)_ | _Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | _Amount of claim [if secured, also state value of security]_ |
| AMEREN IP<br>PO BOX 66884<br>ST. LOUIS, MO 63166-6884 | AMEREN IP<br>PO BOX 66884<br>ST. LOUIS, MO 63166-6884 | util | | 11,424.69 |
| BAILEN PARTNERS I LP<br>FREESTAR BANK ACCT 706-08601<br>1205 SOUTH NEIL STREET<br>CHAMPAIGN, IL 61820 | BAILEN PARTNERS I LP<br>FREESTAR BANK ACCT 706-08601<br>1205 SOUTH NEIL STREET<br>CHAMPAIGN, IL 61820 | trade debt | | 9,766.67 |
| CAPITAL CITY TRUST<br>4270 MORSE ROAD<br>COLUMBUS, OH 43230 | CAPITAL CITY TRUST<br>4270 MORSE ROAD<br>COLUMBUS, OH 43230 | trade debt | | 9,667.20 |
| GM CROSSROADS CENTER, LLC<br>PO BOX 8323<br>OLIVETTE, MO 63132 | GM CROSSROADS CENTER, LLC<br>PO BOX 8323<br>OLIVETTE, MO 63132 | trade debt | | 8,961.88 |
| BR ASSOCIATES, INC.<br>MR. BOB RUCKRIEGEL<br>4201-A MANNHEIM ROAD<br>JASPER, IN 47546-9618 | BR ASSOCIATES, INC.<br>MR. BOB RUCKRIEGEL<br>4201-A MANNHEIM ROAD<br>JASPER, IN 47546-9618 | trade debt | | 8,854.00 |
| SURVEILLANCE<br>4308 S. RICKETTS AVENUE<br>SUITE A<br>BARTONVILLE, IL 61607 | SURVEILLANCE<br>4308 S. RICKETTS AVENUE<br>SUITE A<br>BARTONVILLE, IL 61607 | Restaurant security | | 8,646.00 |
| MORGAN COUNTY TREASURER<br>300 WEST STATE STREET<br>JACKSONVILLE, IL 62650 | MORGAN COUNTY TREASURER<br>300 WEST STATE STREET<br>JACKSONVILLE, IL 62650 | | | 7,038.47 |
| MRS CAROL BECHERER<br>305 PARK AVENUE<br>LINCOLN, IL 62656 | MRS CAROL BECHERER<br>305 PARK AVENUE<br>LINCOLN, IL 62656 | trade debt | | 6,707.90 |
| CITY,WATER,LIGHT & POWER<br>CASHIER'S OFFICE<br>MUNICIPAL CENTER WEST<br>SPRINGFIELD, IL 62757-0001 | CITY,WATER,LIGHT & POWER<br>CASHIER'S OFFICE<br>MUNICIPAL CENTER WEST<br>SPRINGFIELD, IL 62757-0001 | util | | 5,845.98 |
| FAIRVIEW STATION LLC<br>NW 601217<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-6012 | FAIRVIEW STATION LLC<br>NW 601217<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-6012 | trade debt | | 5,465.00 |
| THE LOU E MARBLE TRUST<br>2101 MEADOWLAKE DR<br>CHARLESTON, IL 61920 | THE LOU E MARBLE TRUST<br>2101 MEADOWLAKE DR<br>CHARLESTON, IL 61920 | trade debt | | 5,304.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Treasure Isles, Inc.**                                          Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **February 1, 2010**                      Signature    **/s/ Frank D. Cain**
                                                                **Frank D. Cain**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Treasure Isles, Inc.**                         Case No. _____

                               Debtor(s)         Chapter    **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**18**__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:    **February 1, 2010**                   **/s/ Frank D. Cain**

                                             **Frank D. Cain/President**
                                             Signer/Title

I, _____**Laura Day DelCotto**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __**18**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    **February 1, 2010**                   **/s/ Laura Day DelCotto**

                                             Signature of Attorney
                                             **Laura Day DelCotto**
                                             **Wise DelCotto PLLC**
                                             **200 North Upper Street**
                                             **Lexington, KY 40507**
                                             **(859) 231-5800   Fax: (859) 281-1179**

A & W RESTAURANTS INC.
PO BOX 116960
ATLANTA GA 30368-6960


ABT SRBI INC.
PO BOX 84 6134
BOSTON MA 02284-6134


ACE GREASE SERVICE, INC.
9035 STATE ROUTE 163
MILLSTADT IL 62260


ACE SIGN COMPANY
402 N 4TH ST
SPRINGFIELD IL 62702


ADVANCED VENDING SERVICES
10685 STATE ROUTE 29 EAST
ROCHESTER IL 62563


AIR FILTER SALES & SERVICES
123-14TH AVE SE
CEDAR RAPIDS IA 52401


AIRE SERV HEATING & AIR
P,O, BOX 168
JACKSONVILLE IL 62650


AIRE-MASTER OF AMERICA
PO BOX 2310
NIXA MO 65714


AIRGAS-MID AMERICA
PO BOX 802615
CHICAGO IL 60680-2615


ALL AMERICAN HVAC, INC
207 N STATE STREET
LITCHFIELD IL 62056


ALL-AMERICAN PLUMBING & HEATING
1731 MOUND ROAD
JACKSONVILLE IL 62650

ALLIED WASTE SERVICES #352
PO BOX 9001154
LOUISVILLE KY 40290-1154

ALLIED WASTE SERVICES #368
PO BOX 9001154
LOUISVILLE KY 40290-1154

ALLIED WASTE SERVICES #729
PO BOX 9001154
LOUISVILLE KY 40290-1154

AMATEUR SPORTS PROMOTION
P.O. BOX 712
QUINCY IL 62306

AMEREN CILCO
P O  BOX 66826
ST LOUIS MO 63166-6826

AMEREN CIPS
PO BOX 66878
ST LOUIS MO 63166-6878

AMEREN IP
PO BOX 66884
ST. LOUIS MO 63166-6884

ANGELA J.M. LAWS
#26 COUNTRY VIEW
CENTRALIA IL 62801

ARAMARK
PO BOX 0903
CAROL STREAM IL 60132-0903

AREA DISPOSAL SERVICE INC
PDC/AREA COMPANIES
PO BOX 805935
CHICAGO IL 60680-4120

AREA WIDE,INC.
1380 S KINGSHIGHWAY BLVD
ST LOUIS MO 63110

ARROW SIGNS & OUTDOOR ADVERTIS
P.O. BOX 163
GODFREY IL 62035


ASCAP
21678 NETWORK PLACE
CHICAGO IL 60673-1216


ASSOCIATION OF LJS FRANCHISEES
P.O. BOX 1749
VERSAILLES KY 40383


AT & T
PO BOX 8100
AURORA IL 60507-8100


ATMOS ENERGY
P O BOX 790311
ST LOUIS MO 63179-0311


BAILEN PARTNERS I LP
FREESTAR BANK ACCT 706-08601
1205 SOUTH NEIL STREET
CHAMPAIGN IL 61820


BENDSEN SIGNS & GRAPHICS
2901 N WOODFORD ST
DECATUR IL 62526-4794


BEST OUTDOOR, LLC
P.O. BOX 6502
LAUREL MS 39441


BINDER PLUMBING & HEATING INC
1975 EAST PERSHING ROAD
DECATUR IL 62526


BR ASSOCIATES, INC.
MR. BOB RUCKRIEGEL
4201-A MANNHEIM ROAD
JASPER IN 47546-9618


BRUCE A. TROUTMAN, WILLIAMSON
200 WEST JEFFERSON
MARION IL 62959

BUSINESS TECHNOLOGIES
3350 CENTER GROVE DRIVE
DUBUQUE IA 52003-5225


BUSTER SANITATION SERVICE
PDC/AREA COMPANIES
PO BOX 805935
CHICAGO IL 60680-4120


BUTCHER'S ELECTRICAL SERVICE, INC.
PO BOX 1218
MAHOMET IL 61853


CAPITAL CITY TRUST
4270 MORSE ROAD
COLUMBUS OH 43230


CASEYVILLE TWP WATER SYS
PO BOX 1900
FAIRVIEW HEIGHTS IL 62208


CASTLE HOLDINGS,LLC % US BANK
CREIGHTON CASTLE
430 TURTLE BAY WAY
SPRINGFIELD IL 62711


CHAPTER 13 TRUSTEE
BOB G KEARNEY
PO BOX 998
BENTON IL 62812-0998


CHARLES DANIELS PROPERTIES,INC
1355 NORTH ROUTE 48, SUITE 6
DECATUR IL 62526


CINTAS LOC #D65
634 LAMBERT POINTE DR
HAZELWOOD MO 63042


CINTAS LOC #D72
401 W INDUSTRIAL DRIVE
CARBONDALE IL 62901

```
CITY OF BLOOMINGTON
DEPT OF FINANCE
PO BOX 3157
BLOOMINGTON IL 61702


CITY OF BLOOMINGTON
DEPT 2522
P O BOX 2153
BIRMINGHAM AL 35287-2522


CITY OF CENTRALIA
PO BOX 569
CENTRALIA IL 62801


CITY OF CHAMPAIGN
FINANCE DIRECTOR
102 NORTH NEIL STREET
CHAMPAIGN IL 61820


CITY OF COLLINSVILLE
FOOD AND BEVERAGE TAX
125 S CENTER ST
COLLINSVILLE IL 62234


CITY OF COLLINSVILLE
125 S CENTER ST
COLLINSVILLE IL 62234


CITY OF DANVILLE
17 W. MAIN
DANVILLE IL 61832


CITY OF DECATUR
1 GARY K ANDERSON PLAZA
DECATUR IL 62523


CITY OF EFFINGHAM WATER DIST
PO BOX 1345
EFFINGHAM IL 62401


CITY OF FAIRVIEW HEIGHTS
CITY COLLECTOR
10025 BUNKUM ROAD
FAIRVIEW HEIGHTS IL 62208
```

CITY OF MT CARMEL
219 MARKET ST
MT CARMEL IL 62863


CITY OF MT VERNON
UTILITY DEPARTMENT
1100 MAIN ST
MT VERNON IL 62864


CITY OF MT VERNON, IL
FINANCE DEPT
PO BOX 1708
MT VERNON IL 62864


CITY OF SALEM
101 S BROADWAY
SALEM IL 62881


CITY OF TAYLORVILLE
WATER COLLECTION DEPT
115 N MAIN
TAYLORVILLE IL 62568


CITY OF VANDALIA
WATER AND SEWER DEPT
431 W GALLATIN
VANDALIA IL 62471


CITY OF WOOD RIVER
111 N WOOD RIVER AVE
WOOD RIVER IL 62095-1938


CITY,WATER,LIGHT & POWER
CASHIER'S OFFICE
MUNICIPAL CENTER WEST
SPRINGFIELD IL 62757-0001


CLEETON SANITATION SERVICE
PO BOX 50
TOVEY IL 62570


CLOCK TOWER OWNERS ASSOC
RITA M SMITH TREAS
974 CLOCK TOWER DRIVE
SPRINGFIELD IL 62704

COMCAST CABLE
P O 3002
SOUTHEASTERN PA 19398-3002


COMMERCIAL ELECTRONICS IN
3421 HOLLENBERG DR
BRIDGETON MO 63044


CONSOLIDATED COMMUNICATIONS
ATTN: REMIT DEPT
121 SOUTH 17TH STREET
MATTOON IL 61938-7202


COOLEY'S HEATING, PLUMBING
A/C & REFRIGERATION, INC
PO BOX 388
MATTOON IL 61938


CROSSCREEK DESIGN GROUP LLC
1145 WINTER HAVEN WAY
LEXINGTON KY 40509-2051


CSA INC.
DBA CRAIG SPECIALTY ADVERTISIN
36555 BILTMORE PLACE
WILLOUGHBY OH 44094


CWI OF ILLINOIS #732
PO BOX 9001099
LOUISVILLE KY 40290-1099


DAILY REPUBLICAN REGISTER
PO BOX 550
MT CARMEL IL 62863


DANVILLE SANITARY DIST
P O BOX 724
DANVILLE IL 61834-0724


DEBORAH N. ROTH
128 WAGNER ROAD
MT. VERNON IL 62864

DOTY SANITATION SERVICE LLC
RR 2 BOX 264
BEECHER CITY IL 62414


DOUBLE-D PLUMBING & HEATING
1115 N. FIFTH STREET
VANDALIA IL 62471


DUST ELECTRIC
1105 N MERCHANT ST
EFFINGHAM IL 62401


E-Z STORAGE
% GAYLE SIMMONS
14620 N. HARMONY LANE
MT. VERNON IL 62864


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673-1241


ECOLAB PEST ELIMINATION
PO BOX 6007
GRAND FORKS ND 58206-9982


EFFINGHAM SIGNS & GRAPHICS INC
1009 S OAK ST
EFFINGHAM IL 62401


EICHENAUER SERVICES INC
2465 N 22ND ST
DECATUR IL 62526


ELECTRICAL SERVICE COMPANY
P.O. BOX 976
DECATUR IL 62525


Ellis, Laurie A.
Post Office Box 120532
Newport News VA 23612


EXELON ENERGY
21425 NERWORK PLACE
CHICAGO IL 60673-1214

FAIRVIEW STATION LLC
NW 601217
PO BOX 1450
MINNEAPOLIS MN 55485-6012


FIRE EQUIPMENT SERVICE
2401 SOUTH 14TH STREET
MATTOON IL 61938


Ford Motor Credit-Ford 500
PO Box 790093
St. Louis MO 63179


FOWLER HEATING AND COOLING,INC
P.O. BOX 909
MARION IL 62959


FRED BATHON, COUNTY TREASURER
P.O. BOX 849
EDWARDSVILLE IL 62025-0849


FRED'S PLUMBING, HEATING AIR
COND. & ELECTRIC, INC
5018 CHESTNUT GROVE DR
CHAMPAIGN IL 61822


GE Capital Franchise Finance Corp.
8377 E. Hartford Dr., Ste 200
Scottsdale AZ 85255


GE Franchise Finance
8377 E. Hartford Drive
Suite 200
Scottsdale AZ 85255


GIBSON PRODUCTS COMPANY
1100 ORGAN STREET
ELDORADO IL 62930


GM CROSSROADS CENTER, LLC
PO BOX 8323
OLIVETTE MO 63132

GREATAMERICA LEASING CORP
PO BOX 660831
DALLAS TX 75266-0831


GRECO SALES INC
PO BOX 4226
SPRINGFIELD IL 62708


HAROLD F. LOWERY
BECKY GROTHOFF
3115 LIME AVE
MT VERNON IL 62864


HOWARD'S TRASH SERVICE
PO BOX 26
TRILLA IL 62469


HUGHES NETWORK SYSTEMS
PO BOX 64136
BALTIMORE MD 21264


IBM CORPORATION
PO BOX 534151
ATLANTA GA 30353-4151


IDEAL REFRIGERATION, INC
PO BOX 268
325 ST HWY 121
MT ZION IL 62549


IL DEPARTMENT OF REVENUE
PO BOX 19006
SPRINGFIELD IL 62794-9006


ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
PO BOX 19299
SPRINGFIELD IL 62794-9299


ILLINOIS DEPT OF REVENUE
RETAILERS OCCUPATION TAX
SPRINGFIELD IL 67296-0001

ILLINOIS-AMERICAN WATER
PO BOX 94551
PALATINE IL 60094-4551


ILS Funding
PO Box 3617
Seattle WA 98124


ILS Funding
PO Box 3617
Seattle WA 98125


INTERNAL REVENUE SERVICE
PO BOX 802501
CINCINNATI OH 45999-0039


INTERNAL REVENUE SERVICE
PO BOX 802501
CINCINNATI OH 45280-2501


Internal Revenue Service
P.O. Box 21126
Philadelphia PA 19114


JACOB STUMP TRUST
THE FIRST NATIONAL BANK
PO BOX 685
MATTOON IL 61938


JAMES A THEILKEN
3209 RITA
SPRINGFIELD IL 62703


JAMES E. SIMMONS
15148 N. LOOP LANE
MT. VERNON IL 62864


JASON CAYLOR
1888 TRAPPER AVE.
MULBERRY GROVE IL 62262


JJ PROPERTIES, LLC
CARROLLTON BANK
ATTN: RICK DYER
ALTON IL 62002

JOHN BONACORSI
BARBARA BONACORSI
429 GLENWOOD DR
RANTOUL IL 61866


JUKEBOX LICENSE OFFICE
1700 HAYES STREET
STE 201
NASHVILLE TN 37203


JUST DRAIN IT
2924 FORTUNE DRIVE
GRANITE CITY IL 62040


KELLEY L. ELLIS
13045 N CHESTNUT LN
MT. VERNON IL 62864


KIEFER LANDSCAPING LLC
3110 SOUTH BANKER
EFFINGHAM IL 62401


KIMBERLY FRANKS MATTHEWS
104 MOUNTAIN AVE
BIRMINGHAM AL 35213


KOOL TECHNOLOGIES INC.
714 BONDED PARKWAY
STREAMWOOD IL 60107


LAMAR COMPANIES
PO BOX 96030
BATON ROUGE LA 70896


LANZ HEATING & COOLING INC.
P.O. BOX 3295
CHAMPAIGN IL 61825-3295


LARRY L BRIGGS
WABASH COUNTY TREASURER
PO BOX 428
MT. CARMEL IL 62863

Leaf Financial (Bank of Santa Barbara)
PO Box 644006
Cincinnati OH 45264


LIBBY J. DAVEY
254 SPRING ARBOR DRIVE
CARBONDALE IL 62902


LINDY ADVERTISING SERVICE
P.O. BOX 464
JACKSONVILLE IL 62651


LONG JOHN SILVER'S INC
ATTN;  DEBBIE LEONARD
1441 GARDINER LANE
LOUISVILLE KY 40213


LONG JOHN SILVER'S INC.-ADVERT
ATTN: DEBBIE LEONARD
1441 GARDINER LANE
LOUISVILLE KY 40213


LONG JOHN SILVER'S/ YRSG
P.O. BOX 116861
ATLANTA GA 30368-6861


LUKE M. SPURLOCK
319 S. PAUL AVENUE
BLUFORD IL 62814


Manifest Funding (Kona Capital)
PO Box 790448
St. Louis MO 63179


MARION CHAMBER OF COMMERCE
PO BOX 307
2305 WEST MAIN ST
MARION IL 62959


MARJORIE E. JANES TRUST B
1044 ASHWOOD TRAIL
DECATUR IL 62526

MARK E HUGHES
301 E. 8TH STREET
WEST FRANKFORT IL 62896

MATT00N SEWER AND WATER
PO BOX 99
MATTOON IL 61938

MCLANE FOODSERVICE, INC.
7188 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0071

MIDWEST WASTE
PO BOX 1649
MARION IL 62959

MIKE WILLIAMS PLBG, HTG & A/C
2403 SO. GRAND AVE., E.
SPRINGFIELD IL 62703

MORGAN COUNTY TREASURER
300 WEST STATE STREET
JACKSONVILLE IL 62650

MOVIE FACTS
1870 BUSSE HWY.
DES PLAINES IL 60016

MRS CAROL BECHERER
305 PARK AVENUE
LINCOLN IL 62656

MT CARMEL PUBLIC UTILITY
316 MARKET ST
MT CARMEL IL 62863

NAC ADVERTISING
3585 RELIABLE PARKWAY
CHICAGO IL 60686

NICOR GAS
P O BOX 632
AURORA IL 60507-0632

NIKOS ENA, LLC
13 BLACK WALNUT
PALOS PARK IL 60464


NU CO2 INC
ATTN: LAURALEE
2800 MARKET PLACE
STUART FL 34997


O'FALLON WATER DEPT
255 S LINCOLN AVE
O'FALLON IL 62269


OFFICE PRODUCTS CENTER
308 W NOLEMAN
PO BOX 950
CENTRALIA IL 62801


PARKS SEWER SERVICE INC.
10808 APPLEVILLE RD.
MT. AUBURN IL 62547


PASTA ISLES, INC.
407 N. BROADWAY
LEXINGTON KY 40508


PEPSI-COLA COMPANY
PO BOX 75948
CHICAGO IL 60675-5948


PITNEY BOWES MANAGEMENT SERV
PO BOX 845801
DALLAS TX 85284-5801


POWERNET GLOBAL COMMUNICATIONS
PO BOX 740146
CINCINNATI OH 45274-0146


PURITAN SPRINGS WATER
1709 N KICKAPOO
LINCOLN IL 62656-1366


PYRAMID ELEC CONTRACTORS, INC.
300 MONTICELLO PLACE
FAIRVIEW HEIGHTS IL 62208

R F TECHNOLOGIES INC
PO BOX 142
BETHALTO IL 62010-1818


RAY'S PLUMBING & SEWER SERVICE
3308 CARMAN
SPRINGFIELD IL 62703


ROTO ROOTER
601 N. AMOS AVE
SPRINGFIELD IL 62702


SANDRA L MEYERS
910 N BURTFCHI
VANDALIA IL 62471


SANITATION SERVICE INC
PO BOX 703
EFFINGHAM IL 62401


SCHOONOVER SEWER SERVICE, INC.
P.O. BOX 6027
CHAMPAIGN IL 61826-6027


SID'S BUILDING CORPORATION
FRANK HAAS
26 LYNN DRIVE
HAWTHORNE WOOD IL 60047


SIMPLEXGRINNELL LP
DEPT. CH 10320
PALATINE IL 60055-0320


SORLING,NORTHRUP,HANNA
CULLEN & COCHRAN LTD
PO BOX 5131
SPRINGFIELD IL 62705


SPECTERA INC
PO BOX 7247-6062
PHILADELPHIA PA 19170-6062


ST. CLAIR COUNTY COLLECTOR
P.O. BOX 23980
BELLEVILLE IL 62223-0980

ST. CLAIR COUNTY HEALTH DEPT
19 PUBLIC SQUARE
SUITE 150
BELLEVILLE IL 62220-1624


SURVEILLANCE
4308 S. RICKETTS AVENUE
SUITE A
BARTONVILLE IL 61607


TERMINIX PROCESSING CENTER
PO BOX 742592
CINICNNATI OH 45274-2592


THE COLOR PLACE
3841 BUSINESS PARK DRIVE
LOUISVILLE KY 40213


THE LOU E MARBLE TRUST
2101 MEADOWLAKE DR
CHARLESTON IL 61920


TRI-R-DISPOSAL
PO BOX 89
NOKOMIS IL 62075


UFPC PARTS CONNECTION
NW 5848
PO BOX 1450
MINNEAPOLIS MN 55485-5848


UFPC SMALLWARES CONNECTION
PO BOX 73184
CLEVELAND OH 44193


UNIFIED FOODSERVICE PURCHASING
CO-OP, LLC
PO BOX 32033
LOUISVILLE KY 40232


VANGUARD ENERGY SERVICES
DEPARTMENT 2071
TULSA OK 74182

VEOLIA ES SOLID WASTE MIDWEST,
INC. F3
PO BOX 6484
CAROL STREAM IL 60197-6484

VEOLIA ES SOLID WASTE MIDWEST,
LLC N4
PO BOX 6484
CAROL STREAM IL 60197-6484

VERIZON
P O BOX 9688
MISSION HILLS CA 91346-9688

VILLAGE OF RANTOUL
333 S TANNER
RANTOUL IL 61866

VIVIANO HEATING & A/C INC
201 WEST MAIN ST
COLLINSVILLE IL 62234

WASTE MANAGEMENT OF ST LOUIS
PO BOX 9001054
LOUISVILLE KY 40290-1054

WMCI/WWGO/WCBH
CROMWELL GROUP INC OF IL
209 LAKE LAND BLVD
MATTOON IL 61938

YUM! BRANDS
ATTN: LJS ACCOUNTS RECEIVABLE
PO BOX 35820
LOUISVILLE KY 40232-4550

YUM! Capital, llc
P. O. Box 1544
Houston TX 77251

ZIMMERLY & CO INC
P O BOX 540907
DALLAS TX 75354