NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

                    CASE NO. 10-50305

TREASURE ISLES, INC.                    CHAPTER 11

    DEBTOR

---

**NOTICE  REGARDING  NAME CHANGE**

---

Notice is hereby given that Wise DelCotto PLLC has changed its name to DelCotto Law Group PLLC.   The mailing address, telephone, and facsimile numbers remain the same, but the email and website addresses have changed as set forth below:

        DelCotto Law Group PLLC
        200 North Upper Street
        Lexington, KY 40507
        Telephone:  (859) 231-5800
        Facsimile:   (859) 281-1179
        Website:     www.dlgfirm.com

        Respectfully submitted,

        DELCOTTO LAW GROUP PLLC

        /s/ Laura Day DelCotto, Esq.
        Allison Fridy Arbuckle, Esq.
        Christina E. Hayne, Esq.
        200 North Upper Street
        Lexington, KY  40507
        Telephone:  (859) 231-5800
        Facsimile:   (859) 281-1179
        New Email:  ldelcotto@dlgfirm.com
        New Email:  aarbuckle@dlgfirm.com
        New Email:  chayne@dlgfirm.com

## **CERTIFICATE OF SERVICE**

      This document has been electronically filed and served via the Court's ECF System on April 2, 2010.

                                            /s/ Laura Day DelCotto, Esq.
                                            DelCotto Law Group PLLC